# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 17-2497-SVW (JEM) | Date | February 2, 2018 |
|---|---|---|---|
| Title | Postrille Yankie Melodis v. Immigration Custom and Enforcement, ICE | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge | |
|---|---|---|
| S. Lorenzo | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER**

On December 14, 2017, Postrille Yankie Melodis ("Petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Docket No. 1.) That same day, the Court mailed to Petitioner a Notice of Judge Assignment and Reference to a United States Magistrate Judge ("Notice of Assignment"). (Docket No. 2.)

On December 20, 2017, the Court issued a Memorandum and Order Dismissing Petition With Leave to Amend ("Dismissal Order"), in which Petitioner was notified of various deficiencies with his Petition and ordered to file a First Amended Petition no later than January 22, 2018, if Petitioner wished to pursue this action. Petitioner was warned that failure to file the FAP by the stated deadline could result in dismissal of this action for failure to prosecute and/or failure to comply with a court order. (Docket No. 3.)

On December 22, 2017, the Notice of Assignment was returned to the Court by the United States Postal Service as undeliverable.

To date, Petitioner has failed to file a FAP. Petitioner also has failed to notify the Court of his current mailing address, as it appears that the address of record is not the correct one for the Adelanto Detention Facility. Local Rule 41-6 requires Plaintiff, *inter alia*, to keep the Court and opposing parties apprised of his current address.

In light of the foregoing, Petitioner is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order. Petitioner shall file a written response to this Order to Show Cause no later than **February 16, 2018**. Petitioner may respond to this Order to Show Cause by filing a FAP as previously ordered and providing the Court with his corrected mailing address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 17-2497-SVW (JEM) | Date | February 2, 2018 |
|---|---|---|---|
| Title | Postrille Yankie Melodis v. Immigration Custom and Enforcement, ICE | | |

    Petitioner's failure to respond in writing to the Order to Show Cause by the deadline shall result in a recommendation that this action be dismissed for failure to prosecute and/or failure to obey a court order.

    No extension of this deadline will be granted absent extraordinary circumstances.

    **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slo |