# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTRILLE YANKIE MELODIS,<br><br>    Petitioner,<br><br>  v.<br><br>IMMIGRATION CUSTOM AND ENFORCEMENT, ICE,<br><br>    Respondent. | Case No. EDCV 17-2497-SVW (JEM)<br><br>**J U D G M E N T** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: March 22, 2018

                    STEPHEN V. WILSON
                    UNITED STATES DISTRICT JUDGE